UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| GARY WILLIAMS and NANCY MEEHAN, Individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs,<br><br>　vs.<br><br>ROHM AND HAAS PENSION PLAN,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)   4:04-CV-0078-SEB-WGH<br>)<br>)<br>)<br>) |

## JUDGMENT

The Court, having this day issued its final order approving as fair, reasonable and adequate the Proposed Class Action Settlement and having overruled all objections to the same, Final Judgment is hereby entered as follows:

> The parties and their counsel shall implement the approved Class Action Settlement, and All Class Members are hereby permanently barred and enjoined from filing, commencing, prosecuting, maintaining, intervening in, participating in (as Class Members or otherwise), or receiving any other relief from, any other claim, lawsuit, arbitration, or administrative, regulatory or other proceeding or order in any jurisdiction which are within the terms of the Release set forth in Article IV of the Class Action Settlement Agreement.

Because the only remaining issue is the award of attorney fees and incentive awards, the amount of which will have no affect on the underlying settlement, there is no just reason to delay and this judgment is therefore the final judgment of the Court.

　　　IT IS SO ORDERED

Date:  04/12/2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SARAH EVANS BARKER, JUDGE
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Copies to:

Alice W. Ballard
LAW OFFICE OF ALICE W.
BALLARD, PC
awballard@awballard.com

William K. Carr
LAW OFFICE OF WILLIAM K. CARR
bill@pension-law.com

James R. Fisher
MILLER & FISHER LLC
fisher@millerfisher.com

Lee A. Freeman Jr.
JENNER & BLOCK
lfreeman@jenner.com

Michael D. Grabhorn
GRABHORN LAW OFFICE
mdg@grabhornlaw.com

Bart A. Karwath
BARNES & THORNBURG LLP
bart.karwath@btlaw.com

Steven A. Katz
KOREIN TILLERY LLC
skatz@koreintillery.com

Raymond A. Kresge
COZEN O'CONNOR
rkresge@cozen.com

Robert J. LaRocca
KOHN, SWIFT & GRAF, P.C.
rlarocca@kohnswift.com

Robert D. MacGill
BARNES & THORNBURG LLP
rmacgill@btlaw.com

James T. Malysiak
JENNER & BLOCK LLP
jmalysiak@jenner.com

Mark J. R. Merkle
KRIEG DEVAULT LLP
mmerkle@kdlegal.com

Debra H. Miller
MILLER & FISHER LLC
miller@millerfisher.com

Anthony J. Morrone
COZEN O'CONNOR
amorrone@cozen.com

Andrew J. Rolfes
COZEN O'CONNOR
arolfes@cozen.com

T. J. Smith
tjsmith@600westmain.com

Douglas R. Sprong
KOREIN TILLERY LLC
dsprong@koreintillery.com

JERRY L. OLLIFF
3800 McPhillips Road SE
Elizabeth, IN 47117